

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

NONPROFIT.ORG/USA

Austin POC TX 78710

SAT 23 MAY 2026 AM

Pro Se Intake



**Clerk of Court**
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED

MAY 26 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nonprofit Organization – Authorized by U.S. Postal Service

